```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 32052
   JOHN K MILLER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2255


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/27/2004 and was confirmed 11/03/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 09/21/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
AMERIQUEST MORTGAGE        CURRENT MORTG         .00           .00             .00
AMERIQUEST MORTGAGE        MORTGAGE ARRE      800.40           .00          800.40
COOK COUNTY TREASURER      SECURED            716.30           .00          716.30
FORD MOTOR CREDIT          SECURED          10725.52        977.81        10725.52
FORD MOTOR CREDIT CO       NOTICE ONLY     NOT FILED           .00             .00
CLERK OF THE CIRCUIT COU   PRIORITY        NOT FILED           .00             .00
CITIFINANCIAL              UNSECURED       NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSECURED         1400.00           .00         1400.00
CREDIT COLLECTION SERVIC   UNSECURED       NOT FILED           .00             .00
CCS                        NOTICE ONLY     NOT FILED           .00             .00
FRIEND FAMILY HEALTH CEN   UNSECURED       NOT FILED           .00             .00
NICOR GAS                  UNSECURED         1124.37           .00         1124.37
SULLIVAN EMERGENCY ASSOC   UNSECURED       NOT FILED           .00             .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT      194.00           .00          194.00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                        1,049.03
DEBTOR REFUND              REFUND                                           887.57

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              20,575.00

PRIORITY                                       194.00
SECURED                                     12,242.22
    INTEREST                                   977.81
UNSECURED                                    2,524.37
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         1,049.03
DEBTOR REFUND                                  887.57
                    ---------------      ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 32052 JOHN K MILLER
```

```
TOTALS                              20,575.00          20,575.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 12/27/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```